383 P.3d 140

William A. CORNELIO, III, Petitioner-Appellant

v.

STATE of Hawai'i, Respondent-Appellee

NO. CAAP-15-0000743

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, September 13, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT

(S.P.P. NO. 15-1-0008(2) (CR. NO. 94-0590(2))

SUMMARY DISPOSITION ORDER

Affirm.

383 P.3d 140

Gerald VILLANUEVA, Petitioner-Appellant,

v.

STATE of Hawai'i, Respondent-Appellee

NO. CAAP-15-0000945

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, September 13, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT

(S.P.P. NO. 15-1-0013(2) (CR. NO. 96-0078(2))

SUMMARY DISPOSITION ORDER

Affirm.

383 P.3d 140

STATE of Hawai'i, Plaintiff–Appellee,

v.

Lanakila NILES, Defendant–Appellant

NO. CAAP–15–0000450

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, September 15, 2016.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT, HONOLULU DIVISION (CASE NO. 1DTA–14–05558)

SUMMARY DISPOSITION ORDER

Vacated. Remanded.

383 P.3d 140

In the MATTER OF the T.H.G. Marital Trusts

In the Matter of the Thomas H. Gentry Revocable Trust

NO. CAAP–13–0000427
NO. CAAP–13–0000428

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, September 21, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (TRUST NO. 06–1–0044) (TRUST NO. 02–1–0030)

MEMORANDUM OPINION

Vacated. Remanded.